

MANDATE

S.D.N.Y.–N.Y.C.
07-cv-1894
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of December, two thousand seven,

Present:

      Hon. Chester J. Straub,
      Hon. Peter W. Hall,
             *Circuit Judges,*
      Hon. Charles S. Haight, Jr.,*
             *District Judge.*



UNITED STATES COURT OF APPEALS
FILED
DEC 6 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Diane Word,

           *Plaintiff-Appellant,*

      v.                                   07-3704-pr

Chairman-Commissioner Alan J. Croce, *et al.,*

           *Defendants-Appellees.*

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis.* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an

---

    *Hon. Charles S. Haight, Jr., Senior Judge, United States District Court for the Southern District of New York, sitting by designation.

SAO-MAG

Issued as Mandate:
1/10/08         D.B.

arguable basis in law or fact.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

DEC 6   2007

SAO-MAG

2

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

DEPUTY CLERK